# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 24-CR-XXXX |
| | : | |
| **EDWARD RICHMOND, JR.** | : | Magistrate Case No.: 1:23-MJ-00239 |
| | : | |
| Defendant. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 111(a)(1) & (b) |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |

## INFORMATION

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **EDWARD RICHMOND, JR**., using a deadly and dangerous weapon, that is, a collapsible metal police baton, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Victoria A. Sheets*
VICTORIA A. SHEETS
Assistant United States Attorney
District of Columbia
NY Bar No. 5548623
601 D Street, N.W.,
Washington, D.C. 20001
(202) 252-7566
victoria.sheets@usdoj.gov